JS-6 / Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-11-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN CARRION,

    Petitioner,

vs.

MIKE D. McDONALD, Warden,

    Respondent.

Case No. CV 11-8705-GHK (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition as supplemented is denied and this action is dismissed with prejudice.

DATED: 1/9/13

GEORGE H. KING
UNITED STATES DISTRICT JUDGE